

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHNNY LEE CARTER, | § | No. 08-08-00069-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| PARK RIDGE APARTMENTS, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2007-4770) |

## MEMORANDUM OPINION

Pending before the Court is Appellee's motion to dismiss this appeal as moot. On February 12, 2008, Appellant, proceeding *pro se*, filed a notice of appeal from the trial court's order denying his motion to compel production of documents. On March 26, 2008, Appellant filed a notice of non-suit in the trial court. The trial court, on April 3, 2008, entered a final summary judgment in favor of Appellee on its counterclaims against Appellant. Appellant has filed a separate notice of appeal from the final summary judgment on Appellee's counterclaims and that appeal has been docketed as cause number 08-08-00154-CV. By taking a non-suit, Appellant dismissed his claims in the trial court and rendered his attempted appeal of the interlocutory order moot. *See* TEX.R.CIV.P. 162. We grant the motion and dismiss the appeal.

July 3, 2008

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating